IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**,

       Plaintiff,

vs.

**MARTIN LUSTGARTEN ACHERMAN et al.,**

       Defendants.

**Criminal No.  15-10046-LTS**

# GOVERNMENT'S MOTION TO PARTIALLY UNSEAL
# INDICTMENT AND SUPERSEDING INDICTMENT

The government respectfully moves this Court to unseal the first indictment in this case (returned on March 11, 2015) and to partially unseal the superseding indictment, in redacted form, returned on April 1, 2015.  As grounds, the Government submits the following:

1. On March 11, 2015, a sealed indictment was returned charging defendant MARTIN LUSTGARTEN ACHERMAN.

2. On April 1, 2015, a sealed superseding indictment was returned charging LUSTGARTEN, SALOMON BENDAYAN and other defendants.

3. On April 8, 2015, law enforcement authorities arrested LUSTGARTEN and BENDAYAN on the superseding indictment in this case.

4. Because Defendants LUSTGARTEN and BENDAYAN were arrested, there reasons for keeping the indictment and the portions of the superseding indictment that reference LUSTGARTEN and BENDAYAN are no longer present.

5.      A redacted form of the superseding indictment is attached as Exhibit A and should be placed on the public docket.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney

By:     /s/ Neil Gallagher
       Neil J. Gallagher, Jr.
       Assistant U.S. Attorney

Date:  April 8, 2015