# Exhibit 2

Subject:
From: Martin Lustgarten <mla@henlux.com>
Date: 4/21/2014 6:52 PM
To: Martin Lustgarten <mlustgarten@me.com>

```
Ch de Beaumont Too: Is your handwriting
MLA: I know. I gave them to you
Ch de Beaumont Too: Primera operacion segun banco local a bs 55 por cada $
MLA: Looks that way. Market dropoing fast, however there is no guiso
if they do it that way
Ch de Beaumont Too: Did you input the last instructions of the bolis?
Ch de Beaumont Too: I mean the beneficiary I sent you?
MLA: Yes. Done already
MLA: Do you need to change it?
Ch de Beaumont Too: No they were checking since I told them it took 2 days
MLA: I put them on the system on friday Evening which was Sat in HKG.
they will be ready for transfer tomorrow evening. But the funds have
not arrived. Question: do we transfer EUR or USO?
Ch de Beaumont Too: I think they will send EUR and we send USO
Ch de Beaumont Too: Like that we charge on forex...
MLA: If we send them EUR, they will get killed on the Forex in Panama.
Ch de Beaumont Too: What you mean?
Ch de Beaumont Too: ???
MLA: If I transfer EUR for a USO account the exchange rate in Panama
kills them. Like 1.32. If I do the conversion in HKG, we will have the
interbank rate for EUR/USO and then we send $
Ch de Beaumont Too: You mean the bank kills them or we kill them?
MLA: The receiving bank kills them
MLA: We exchange at whatever rate HSBC gives us
Ch de Beaumont Too: HSBC HK
Ch de Beaumont Too: I know but they are really bad on forex?
MLA: No gordo. The money goes to Panama. To a USO account. If we send
Euros, the receiving bank in Panama will kill them on the exchange
because we sent EUR to a USO account. If we convert those EUR at the
system rate that HSBC gives me, then we get them a better rate and we
send USO
MLA: And in any event, because its more than USO 2.5mm we need to send
it in 2 tranches
Ch de Beaumont Too: Ok
MLA: I created them in EUR and USO. that way we dont get in the middle
of the Interbank Exchange Rate. Wether it is HSBC or the receiving
bank in Panama
MLA: Btw. They put the name as Servicsucho and I think its
Servicaucho..... Please double check
Ch de Beaumont Too: So with instructions you put we can do usd or eur?
MLA: yes. As I wasnt sure, i created the same beneficiary with same
account in USO and EUR
MLA: Its standard with HSBC. since the account is multicurrency with
the same number, when you input designated beneficiaries you have to
choose the currency.
Ch de Beaumont Too: Is servicaucho
Ch de Beaumont Too: Can you call your Rolex guy?
MLA: Shit. I need to change it at HSBC.
MLA: What do you need from Rolex?
Ch de Beaumont Too: Can you check for a SS daytona white face and a black face
MLA: Yes. Let me see if they have it.
MLA: He has them. Checking on price and will get back to me
MLA: You want both?
Ch de Beaumont Too: Ok perfect yes both
Ch de Beaumont Too: Tell me the price and we apply a decent margin
MLA: Its difficult to get discounts on these watches. They are
```

```
currency. But will try my best
MLA: Retail price US is 12,295 + tax. Retail Price in Panama is 12,800
+ tax. My price is 11,000 each no tax. Works?
MLA: They cant discount more. He sells them left and Right at 12,800.
MLA: What do I do?
MLA: Ping
Ch de Beaumont Too: I am going to try 36,000 for both
MLA: Too much !!! You could try $26,500 for both
Ch de Beaumont Too: My friend I just learned I lost USO 2,500,000
today so no more gist
Ch de Beaumont Too: Gifts
MLA: But you can get them at 13-14k in the US
MLA: Its not a question of gifts. Its market price
Ch de Beaumont Too: The guy is in london
MLA: Ahhhh still too much. Try $15,000. Its just not the price
Ch de Beaumont Too: I asked 36K waiting for reply
Ch de Beaumont Too: Are you done with accting?
MLA: Yes
Ch de Beaumont Too: Shall we resume now
MLA: Sure call me on Vonage
Ch de Beaumont Too: 1,870,503 EUR
Ch de Beaumont Too: That is the amount that has to be on the contract
Ch de Beaumont Too: Can you send it to me as soon as you have done
Ch de Beaumont Too: With BC company sending us the funds
MLA: I am not worried about the receiving part on our end. I am more
worried about the one we are sending to...
Ch de Beaumont Too: Sure I have asked the question already
Ch de Beaumont Too: Will let you know as soon as I get the answer
MLA: Whats the complete name of sender, Kayland ....?
Ch de Beaumont Too: Kayland Holdings: po box 556 Main Street charleston Nevis
MLA: Perfect. That is for the incoming
Ch de Beaumont Too: Yes
Ch de Beaumont Too: The outgoing you already have
MLA: I dont know who the directors/poa are.
Ch de Beaumont Too: Alejandro B
MLA: No schmock. The directors/poa of the Venezuelan....
Ch de Beaumont Too: Of Kayland
Ch de Beaumont Too: You mean for your record?
Ch de Beaumont Too: Basically is a company Derwick has been
contracting with and with whom they have an outstanding debt
Ch de Beaumont Too: They are settling it
Ch de Beaumont Too: They told me the guys were very clean and no worry to have
MLA: Ok. Just in case the transfer gets back or if HSBC asks any
questions on the payment we send
Ch de Beaumont Too: Can you please send me the contract
Ch de Beaumont Too: I have to go to bed am exhausted
Ch de Beaumont Too: Just sent you the docs
MLA: You will have it tom morning
Ch de Beaumont Too: Did you see the RNC I sent?
MLA: Yes perfect. Will send you the contract for kayland
MLA: Tks gordo
Ch de Beaumont Too: Thanks gordo lindo
MLA: Did you receive the contract ok?
Ch de Beaumont Too: Perfect and forwarded it this morning
Ch de Beaumont Too: **Am** in the airport security call you in 5
MLA: If we get the Euros tonite, what do you want me to do? Do I
exchange everything into $ prior to sending or do I only exchange the
half I would be sending tonite? Or do I send Euros?
Ch de Beaumont Too: Send EUR
Ch de Beaumont Too: Direct no question
MLA: Ok. Will send 1/2 and 1/2. They are going to get killed on the
exchange .....
Ch de Beaumont Too: No worry their problem
```

```
MLA: Do I deduct our 1% and send the balance?
Ch de Beaumont Too: No send all amount and deduct the 1% from the
excess they sent last time
MLA: Perfect
MLA: Hola Gordito. The remaining balance of the BC was sent last nite.
You should have the payment advice in gunvor
Ch de Beaumont Too: Got it thanks and forwarded to the BCs already
MLA: I would like to know if they were credited correctly at the Panama bank....
Ch de Beaumont Too: Have no clue I asked them yesterday and am still
waiting for their answer...
MLA: Did you see the new lawsuit of the BC?
Ch de Beaumont Too: Is bullshit AGAIN
MLA: I know. But this time they mention an ex employee that says they
paid Diosdado 50m in Banesco Panama. That is heavy shit
MLA: Hola Gordo. Good morning
Ch de Beaumont Too: Good morning Gordo Lindo
MLA: How was your weekend?
Ch de Beaumont Too: Shit
MLA: Why?
Ch de Beaumont Too: I will call you in 5
MLA: I received a set of instructions for HSBC.... What are they for?
Ch de Beaumont Too: 1 palo for Jo you can send from where ever you want
MLA: The company that Jo sent you does not appear in the HK company
registry. Is it registered in HKG?
Ch de Beaumont Too: No clue
Ch de Beaumont Too: I believe is an offshore
MLA: The one that appears is PointRF Sourcing Limited. The parent
company is an Israeli one....
Ch de Beaumont Too: That must be it
MLA: How are you?
Ch de Beaumont Too: Not great working hard for compliance as usual
MLA: Let me know if you need anything
Ch de Beaumont Too: I have been scanning shit all afternoon and am
still at it...
Ch de Beaumont Too: Am on the phone with Leandre for the past 4
hours... doing compliance shit
Ch de Beaumont Too: Will call you as soon as am done
MLA: Dont worry. Just wanted to know if you received the advice for
payment. Will talk tomorrow.
Ch de Beaumont Too: Thanks got it and forwarded immediatly to Jos
private email...
Ch de Beaumont Too: By the way in my conversation with Leandre (around
30 since 9AM) he kept asking about your declarationA
MLA: Forgot about it but sent it today. Will have it monday
Ch de Beaumont Too: Will tell him now he will be delighted to hear...
MLA: Ohl tracking number es 36 3340 9334
MLA: How are you?
Ch de Beaumont Too: Not great
Ch de Beaumont Too: Loads of paperwork and shit falling on me
Ch de Beaumont Too: And you?
MLA: Trying to do something in the spot market but not many customers
around. Activity really stopped.
MLA: I have a customer looking for $2m  I thing he will go for it
this week. 5% on it is not bad....
MLA: Wont bother you. Call me whenever you want. Kisses to Alex and Max
Ch de Beaumont Too: Good morning
MLA: Hola Gordito
Ch de Beaumont Too: Can you please ask Leandre to send you 1.4 to HK?
MLA: Sure
Ch de Beaumont Too: We need to make another one for Jo same
beneficiary before friday...
MLA: No problem. Let me prepare the instructions
Ch de Beaumont Too: Thanks=' (
```

```
Ch de Beaumont Too: Transfer will be value date friday any chance you
can wire same day?
Ch de Beaumont Too: Or even thursday?
Ch de Beaumont Too: He is bursting my balls already...
MLA: Same day. Its internal transfer. I can do it at any time of the day
Ch de Beaumont Too: What I mean is because of your fiduciary deposits
will be like last time money will never get there on time...
MLA: Dont worry
Ch de Beaumont Too: Your spreadsheet is good but he went to a meeting
with visitors from V...
Ch de Beaumont Too: I will let you know as soon as he is back
MLA: Dont worry. I hope is very clear he went above what he had. He
will have no problem repaying. And with the transfer, dont worry. It
will be done on friday wether the finds arrive or not
Ch de Beaumont Too: I just tried calling you twice
Ch de Beaumont Too: But went straight to your voicemail
Ch de Beaumont Too: Listen I have good and bad news
Ch de Beaumont Too: Good news is that am closing the house on Friday
hence the bad news I need to do the transfer
Ch de Beaumont Too: I have done the maths there is USO 2,078,446.95
and please convert as well the EUR from the BC
Ch de Beaumont Too: I will receive the instructions tomorrow I think
Ch de Beaumont Too: Anyhow we talk tomorrow
MLA: Dont worry we will talk tomorrow
MLA: Mazal Tov on the house!!!!!
MLA: The Balance includes what el compa owes....
MLA: I already spoke to Leandre. I tried to liquidate some of my
portfolio but he told me was a mandate. So I asked for a Loan. I will
send him instructions for transfer later
MLA: I am going for a run. We will speak later
Ch de Beaumont Too: Ok thanks I spoke to him and got him to reduce
loan to minimum rate
MLA: I am giving the Obertos until may 27 to come up for a way to make
it up to us. I am tired of losing money and being taken on bad faith
by megalomaniacs...it is exactly one year since
Ch de Beaumont Too: Martin please send me the transfer confirmation
for Jo he already called me 5 times=-)
Ch de Beaumont Too: As well as the total amount you have for me I had
to finetune the maths for the wires today
MLA: 1.334.854,oo
Ch de Beaumont Too: Hey Martin House is signed!!! Finally... I dropped
you an email with the instructions
MLA: Mazal Tov my friend!!!! You are going to be very happy there
Ch de Beaumont Too: For sure more than in Marbella...
MLA: Well my friend I am oficially at the bottom of the Totem pole.
Ch de Beaumont Too: Where would that be?
MLA: At the bottom. I always told you this was a very small market.
There are players who have final customers and there are players who
have intermediaries as a customer. In the end, all goes to the ones
who have final customers
Ch de Beaumont Too: You do have the final customers
MLA: Yes. Thats why its so hard to understand people selling to an
intermediary for a lower price when the ones with the final customers
pay higher. In the end it comes back to me thru the intermediary. And
when that happens you realize you have fallen to the bottom of the
totem pole
MLA: Been here before. And will be here after everybody leaves.....I
always bounce back. And every time I bounce back, I bounce back
stronger
MLA: Just an observation. I am in an observation mood this morning
Ch de Beaumont Too: My friend remember once your dear friends, your
partners dropped you like a piece of shit you were the radioactive man
Ch de Beaumont Too: The informant
```

```
Ch de Beaumont Too: The one nobody should work with
Ch de Beaumont Too: And I was the one who fought for your ass
Ch de Beaumont Too: True or not
Ch de Beaumont Too: Then again who moves your Bs to this day...
Ch de Beaumont Too: I have always been there in the worst times
Ch de Beaumont Too: One could accuse me of bringing you bad luck but
never of fucking around with you
MLA: I know. I keep saving everybody's ass. When they thought I was
radioactive I was hiding their profits from the IRS and I established
their structures. They thought a couple of millions were more
important....soon after they realized that the "informant" was their
protector and the asshole who saved them the money that was seized in
the Rosemont case....by striking a deal with the US government. I
leave it on their conscience
MLA: In any event I will never understand human nature. I am flat in
FX position. However, my brother has about 7mm bs in the account and
Marco Zeitoune has 32mm in the account because he is short. A total of
39mm in the account managed by Rondon. Yet DOG needs some Bs and goes
to Willy, who in turn turns around and sells them to me for a profit,
which could have been DOG.....instead of asking first If I had any Bs
in an account managed by him.
Ch de Beaumont Too: Those are the people who fucked you. And whom you
let go with it
Ch de Beaumont Too: And am the one who pays...
Ch de Beaumont Too: He is his ex brother in law
MLA: I found out only by coincidence. I had Rondon deposits some
checks and he let it slip that he had to go to Willy to pick some
checks for DOG. Willy was calling me on the other line preassuring me
for a deposit so he could cover DOG checks.....you see now why I am
puzzled? By asking me he would have solvred it in one second and
gotten a much better prize....I was happy to buy at 68 from Willy or
DOG. The difference is that DOG would have goten them at a better
prize. Or if he would have sold them
MLA: At the same prize as to Willy, then both of us would have made
better.... And we need it.
MLA: By the way....i am not letting them go. At the last meeting they
asked me about them and their taxes...,I told them they where doing
things I did not agree with... sooner or later they will catch up with
them. It is not up to me. I always have a choice....if they ask me
again at the May 12 meeting , I will tell the truth. Thats with
respect to those morons. With the totem pole subject, I really dont
care. Not much people can do what I do and how I do it. And I enjoy a
very high level of protection because I have delivered already a
couple of drug dealers and a guy who wanted to skip trading with Iran.
The drug dealers because I had no choice, the Iran guy just for fun
MLA: And all this spiel, to let you know that I appreciate the
friendship and I value you, Alex and Max as family. But it hurts
finding out....
MLA: Not from you. You did nothing wrong.
Ch de Beaumont Too: I surely have not done anything wrong
MLA: But it hurts being skipped over. Makes you feel really like crap.
And you cant do much about it. But listen to it
Ch de Beaumont Too: I have always been there for you and for your family
Ch de Beaumont Too: And there I things I cannot do anything about
Ch de Beaumont Too: Was I aware of this transaction NO
Ch de Beaumont Too: How much it was for NO IDEA
MLA: Nobody is exclusive to anybody. But in equal conditions not
having a chance to compete?
Ch de Beaumont Too: You asked me about Willy the other day I told you
he does not use the account he has with me
MLA: Its not your fault. Just letting you know that all finds a way of
comming back to my ears. Call it chance, good or bad luck it doesnt
matter. It was nothing big. Merely $100,000
```

```
Ch de Beaumont Too: You even told me he had an account with Portugal
MLA: And Willy never told me. I just put 2 and 2 together. It may not
even been true or a figment of my imagination even....
MLA: Anyway thats what I think
Ch de Beaumont Too: I have no clue and Danilo was in Madrid and now in
Paris so am not going to buzzer him
MLA: Noooooo dont even tell him anything. I wrote to him yesterday and
I told him that even though I am flat the account had 39mm at his
disposal and if he needed them he should let me know and we would work
out an exchange rste that works for both....he replied Thankssssss
MLA: Its funny how this works ...after a year that I broke with Soto,
his clients and a couple of banks have approached me to use my
accounts in HKG and SGP...they found out he was full of shit and all
the banks have progressevely closed his accounts. He now only has an
account at EFG for savings and one account at HSBC. And I know because
he asked me to help him with compliance. I refused... So the world
does turn around =))
MLA: I wanted to tell you yesterday , but i was very upset. Thats why
I cut out our conversation....you had nothing to do with it and I
didnt wanted to bring my bad humor to you
Ch de Beaumont Too: Thanks!
Ch de Beaumont Too: Hi Gordo
Ch de Beaumont Too: Just landed in gva
Ch de Beaumont Too: We're you able to make the wire?
MLA: Its ready for tonite
MLA: Just tried to call u
MLA: Gordito...did you receive the payment advice?
Ch de Beaumont Too: Sorry Gordo I did not have a second today
Ch de Beaumont Too: I don t know will tell you when am back to the hotel
MLA: Dont worry. Just checking. Let me know if they received
everything ok so I can cross it out of my pending list...
MLA: I can now pull the MT103 from the system
Ch de Beaumont Too: Will let you know as soon as I am back after dinner
MLA: Ok.
MLA: How was GVA?
Ch de Beaumont Too: Long, exhausting and too much food and so was Paris...
Ch de Beaumont Too: Just got to CdC
MLA: Are you back in cdc? For how long?
Ch de Beaumont Too: For 3 days then off to Miami then Nappa then CdC
then back to Spain
MLA: Long trip. You with Alex?
Ch de Beaumont Too: She joined friday in Paris
MLA: Nice. Enjoy. I am off to Buenos Aires on Sat for a week and then
New York and Boston on the 7
Ch de Beaumont Too: Enjoy vacations
MLA: Argentina was planned a long time ago. NYC i am meeting Daniela
and Boston I have my quaterly meeting with those guys
Ch de Beaumont Too: Nice
MLA: Are you staying at your house?
Ch de Beaumont Too: Off course
MLA: Hola Gordo
Ch de Beaumont Too: What's up
MLA: Just checking on you. How is the remodelation going?
Ch de Beaumont Too: Well not that great my friend
Ch de Beaumont Too: I have to cancel most I had planned
MLA: You only had to do the main bedroom....
Ch de Beaumont Too: I had to change the AC system redo the kitchen put
solar panels do my bedroom ...
Ch de Beaumont Too: But am fucked
Ch de Beaumont Too: And let's not talk about Miami
MLA: We are all fucked...lets hope for better times.
Ch de Beaumont Too: No Martin
Ch de Beaumont Too: I don t see those coming any time soon
```

```
Ch de Beaumont Too: And please tell Soto I don t need friends so he
does not need to add me on bbm I will not accept him
Ch de Beaumont Too: And if you feel like giving my name to your
friends in may please do
Ch de Beaumont Too: I do not tolerate to be threatened
MLA: I dont speak to him anymore. Only on pending items
MLA: What do you mean threatened? Are you nuts?
Ch de Beaumont Too: This is what happened in the darkest times of the
human history and what all are still blaming the Germans for
Ch de Beaumont Too: Giving up people to your friends and so on
Ch de Beaumont Too: Like in may
Ch de Beaumont Too: Like you are protected and so on
Ch de Beaumont Too: I really do not appreciate that at all
MLA: You have to be kidding me!!! I would never turn on you!!!!
MLA: Your view of me is very very low.
Ch de Beaumont Too: Well Martin just review what you wrote me in our
BlackBerry thread and analyse
Ch de Beaumont Too: Giving up people for "fun"
Ch de Beaumont Too: Do you realise what you wrote for one second
MLA: I told you in Feb they asked me about the Obertos and about
Gorrin. And I have kept my mouth shut. They ask about what they read.
And last time i told you I dont feel like protecting the Obertos
anymore. What has that to do with you?
MLA: Yes. The fuckers that fucked us!!! Not you, asshole!!!
Ch de Beaumont Too: Well am just different Martin I let God decide
whether people need to be punished or not
Ch de Beaumont Too: I never gave anyone and will never do
Ch de Beaumont Too: I don t sleep at night because I got fucked but I
have my conscience for myself
Ch de Beaumont Too: And I really think as a FRIEND you should stop
talking to those people Martin
Ch de Beaumont Too: That is why no one wanted to do anything with you
and I pledged for you
Ch de Beaumont Too: Everyone is free to do what they want... am just
giving you an advice here
Ch de Beaumont Too: A friendly advice
MLA: That may be the reason, but sometimes you are between a rock and
a hard place. When I got into a relationship with them, they had
seized all of our money and would only release it in exchange for
information on a client of Soto who was money laundering thru our
accounts.
Ch de Beaumont Too: Now I believe your business is done with them
MLA: From that moment on, every 3 months they meet with me and give me
a list of people who they deemed of interest. I just have to be alert.
Last meeting they asked about Soto and why we parted. I told them I
was not in agreement on how he handles things. They asked about the
Obertos and I kept quiet. And I told you. Now, I dont know what they
are going to ask. They keep going back to Maffi (the money launderer)
and drop questions out of the blue. I am very bitter about the Obertos
and I dont recognize myself. Now, between a conversation with my
friend and doing something about it is a very long way.... You should
know me better by now... But your opinion of me is very very low...its
unfair and unwarranted, and outright offensive
Ch de Beaumont Too: Don t you think I have all the reasons to be bitter????
MLA: Of course I am done with them!!! But if they call me and I am in
town, which by the way they know, I go and listen.
MLA: We all have reasons to be bitter. Threatened is another story.
Ch de Beaumont Too: Martin next time we are around I want to sit down
with you and give you what I feel in the bottom of my heart
MLA: And even thinking that I may betray you?
Ch de Beaumont Too: But not over the phone or a bbm
MLA: Well I look forward to it.
Ch de Beaumont Too: I think the 2.5 was not your idea or otherwise I
```

```
was a fool and never judged you well I think you were pushed into that
Ch de Beaumont Too: But when we sit down I will give you all I have on my heart
Ch de Beaumont Too: Enjoy Argentina and your daughters
MLA: My concept of friendship is different. I need my friends to hear
me out or advice me. Be with me in times of need. Somebody to confide
in. At every level. For parties, going out, etc, I have all the
"friends" I need. And when I tell you how I feel or all the crazy shit
that goes thru my mind, i am looking for a friend. Not somebody who
feels threatened.....
Ch de Beaumont Too: Not to me Martin no drama queen PLEASE
MLA: I wasnt pushed into anything...and you judged me well. But we
will talk about it in person.
Ch de Beaumont Too: Remember your partner dropped you like a piece of
s... I pledged for you
MLA: We are responding out of order. The messages dont leave when they
suppose to
Ch de Beaumont Too: Your funds were getting frozen I found you the solution
Ch de Beaumont Too: Martin I have ALWAYS been there in the WORST times
as well even when you were to commit suicide
Ch de Beaumont Too: And I do not regret anything I did for you
MLA: Neither do I.
MLA: But just to be clear, Soto told the Obertos he was dropping me,
he never did. He kept me hidden. And I dropped him for You. The funds
were never going to be frozen, thats the excuse these assholes gave
you when they tricked us into the op and then pulled the money from
CBH. A month later Nacho sold us some $ and the money went to the same
account that was going to be frozen. And on the Suicide theme, i
sometimes toy with the idea, but I know its not the solution and I
thank you for always being there for me. That is what friends are for
and I will always be there for you. With respect to the reason they
didnt want to do anything with me, it was unwarranted. And when I
vented with you, it was toying with the idea of really give them a
reason not to.......and always remember there is a very long way
between saying and doing
MLA: Enjoy Napa and Cdc. Kisses to Alex and Max.
Ch de Beaumont Too: Thanks


Martin Lustgarten
Henlux Inc.

Email: mla@henux.com


Panama Headquarters          Hong Kong Office
Tel  + (507) 205-3588          Tel + 852 8190-5144
Fax + (507) 205-3589          Fax + 852 2861-2266
_____
The information contained in this transmission may contain privileged
and confidential information. It is intended only for the use of the
person(s) named above. If you are not the intended recipient, you are
hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are
not the intended recipient, please contact the sender by reply email
and destroy all copies of the original message.
```