# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 15-10046-LTS |
| | ) |
| MARTIN LUSTGARTEN ACHERMAN, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S REQUEST REGARDING DEADLINE
## FOR FILING RESPONSE TO DEFENDANT'S NOTICE OF FILING

The United States of America, by and through Assistant United States Attorneys Katherine Ferguson and Linda M. Ricci, together with Trial Attorney Joseph Palazzo, hereby requests that the response by the United States to defendant Martin Lustgarten Acherman's ("Lustgarten") Notice of Filing be filed on or before July 24, 2015. In his supplemental memorandum, which was filed on July 16, 2015, (Document No. 90) Lustgarten proposes conditions of release, including the involvement of an entity identified as the Florida Agency of Investigative Services, Inc. In order meaningfully to respond to Lustgarten's proposal, the United States requests that it be allowed just over one week to research, consider, and assess the specific proposed conditions to determine whether such conditions would reasonably assure his appearance at trial. As the Court is aware, Lustgarten is a Venezuelan national who, based on the Venezuelan Constitution, cannot be extradited from Venezuela, and he faces a very significant sentence of incarceration.

For all the foregoing reasons, the United States requests that it file a response to Lustgarten's Notice of Filing on or before July 24, 2015.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ *Linda M. Ricci*
Katherine Ferguson
Linda M. Ricci
Assistant U.S. Attorneys
One Courthouse Way
Boston, Massachusetts
Tel:   (617) 748-3395

Joseph Palazzo
Trial Attorney
Special Operations Division
Asset Forfeiture and Money Laundering Section
Washington, DC
Tel:   (202) 598-2358

Dated:   July 17, 2015

## CERTIFICATE OF SERVICE

The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

/s/ *Linda M. Ricci*
Linda M. Ricci
Assistant U.S. Attorney

Dated:   July 17, 2015