UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 15-CR-10046-LTS(s) |
| v. | ) | |
| (1)  MARTIN LUSTGARTEN-ACHERMAN, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through United States Attorney Carmen M. Ortiz and Assistant United States Attorneys Katherine Ferguson and Linda M. Ricci, and by and through Trial Attorney Joseph Palazzo, hereby files this supplemental status report relating to this Court's Order on Discovery Motions issued on September 8, 2015 (Docket No. 137). The Government states as follows:

As ordered by the Court, in connection with defendant Martin Lustgarten's motion to compel the production of exculpatory evidence, the government has undertaken to confirm with U.S. Attorney's Office in the Southern District of Florida that all exculpatory material gathered in that office's investigation of Martin Lustgarten-Acherman or Salomon Bendayan (the "Miami Investigation") has been produced. As earlier reported by the government, the Assistant U.S. Attorney responsible for the Miami Investigation (the "Miami AUSA") was out of the office for a significant time, and the United States requested an additional fourteen (14) days – until October 7, 2015 – to do so.

The undersigned prosecutors have continued to communicate with the Miami AUSA by both telephone and e-mail to seek assistance in identifying any additional exculpatory information and expect to participate in an in-person meeting with the Miami AUSA on October 8, 2015, at

which time they will address outstanding questions relating to the existence of any exculpatory material. Due to previously arranged worked-related travel and other work-related commitments, October 8, 2015, was the earliest date on which an in-person meeting with the Miami AUSA could be arranged.

To permit the government the opportunity to conclude the discussions with the Miami AUSA during the upcoming in-person meeting, the government request an additional seven (7) days, until October 14, 2015, to file a final status report concerning its efforts to confirm the status of any additional exculpatory information. Because the Miami Investigation was conducted independently from the investigation based out of this district, the undersigned prosecutors require the assistance of the Miami AUSA to respond to the Court's Order.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:   /s/ Linda M. Ricci
    KATHERINE FERGUSON
    LINDA M. RICCI
    Assistant U.S. Attorneys
    One Courthouse Way, Ste. 9200
    Boston, MA 02210
    Tel: (617) 748-3100

    M. KENDALL DAY
    CHIEF, ASSET FORFEITURE AND
    MONEY LAUNDERING SECTION

By:   /s/ Joseph Palazzo
    JOSEPH PALAZZO
    Trial Attorney
    U.S. Department of Justice, Criminal Division
    1400 New York Avenue NW
    Washington, DC 20005
    Tel: (202) 445-7910

Date: October 7, 2015

## CERTIFICATE OF SERVICE

I, Katherine Ferguson, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Katherine Ferguson
Katherine Ferguson
Assistant U.S. Attorney

Dated:   October 7, 2015