UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 15-CR-10046-LTS(s) |
| v. | ) | |
| (1) MARTIN LUSTGARTEN-ACHERMAN, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through United States Attorney Carmen M. Ortiz and Assistant United States Attorneys Katherine Ferguson and Linda M. Ricci, and by and through Trial Attorney Joseph Palazzo, hereby files this supplemental status report relating to this Court's Order on Discovery Motions issued on September 8, 2015 (Docket No. 137). The Government states as follows:

As ordered by the Court, in connection with defendant Martin Lustgarten's motion to compel the production of exculpatory evidence, the government has undertaken to confirm with U.S. Attorney's Office in the Southern District of Florida that all exculpatory materials gathered in that office's investigation of Martin Lustgarten-Acherman or Salomon Bendayan (the "Miami Investigation") have been produced. Among other efforts, on October 7, 2015, federal prosecutors traveled to Florida and participated in an in-person meeting with the Assistant U.S. Attorney responsible for the Miami Investigation (the "Miami AUSA") on October 8, 2015 to address outstanding questions relating to the existence of any exculpatory materials.

Based on the recent meetings and communications with the Miami AUSA, the undersigned federal prosecutors today produced additional discovery materials in the above-captioned case and

confirm that they have made all reasonable efforts to review, identify, and produce any exculpatory materials obtained in the Miami Investigation.

The United States is aware of its continuing discovery obligations, will continue to discuss with the Miami AUSA the existence of any additional materials, and will produce any additional exculpatory materials that are identified on a rolling basis.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Linda M. Ricci*
KATHERINE FERGUSON
LINDA M. RICCI
Assistant U.S. Attorneys
One Courthouse Way, Ste. 9200
Boston, MA 02210
Tel: (617) 748-3100

M. KENDALL DAY
CHIEF, ASSET FORFEITURE AND
MONEY LAUNDERING SECTION

By: */s/ Joseph Palazzo*
Joseph Palazzo
Trial Attorney
U.S. Department of Justice, Criminal Division
1400 New York Avenue NW
Washington, DC 20005
Tel: (202) 445-7910

Date: October 14, 2015

# CERTIFICATE OF SERVICE

      I, Linda M. Ricci, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                        */s/ Linda M. Ricci*
                                                        Linda M. Ricci
                                                        Assistant U.S. Attorney

Dated: October 14, 2015