UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | 15-CR-10046-LTS(s) |
| v. | ) ) |  |
| (1) MARTIN LUSTGARTEN-ACHERMAN, | ) ) |  |
| Defendant. | ) |  |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through United States Attorney Carmen M. Ortiz and Assistant United States Attorneys Katherine Ferguson and Linda M. Ricci, and by and through Trial Attorney Joseph Palazzo, hereby files this status report in advance of the status conference scheduled for October 26, 2015. The Government states as follows:

By Order issued on October 16, 2015, this Court (Sorokin, U.S.D.J.) granted the motion to transfer venue for Count One, which charges the defendants' participation in a money laundering conspiracy, to the Southern District of Florida filed by defendants Salomon Bendayan and Martin Lustgarten. See Docket No. 174. To date, the undersigned federal prosecutors believe that the docketing and assignment of this matter in the Southern District of Florida remains pending. The government understands that a status conference has been scheduled for November 4, 2015 in the case pending against defendant Salomon Bendayan, United States v. Salomon Bendayan, 15-20234-Cooke. As a practical matter, the transfer of venue for Count One means that only defendant Martin Lustgarten remains in the action pending before this Court, together with two co-defendants who have not yet been arraigned.

On October 22, 2015, the government filed a motion for a protective order in the above-captioned matter, which remains pending. See Docket No. 179. The order sought by the

Court would not limit the defendant's ability to use materials produced in discovery in furtherance of his defense, but would provide some basic protections to prevent dissemination of sensitive materials. As noted in the pending motion, defendant Martin Lustgarten previously agreed to the terms of the agreement.

The undersigned federal prosecutors continue to produce additional discovery materials as they become available or identified in the above-captioned case. Among other efforts, they have made all reasonable efforts to review, identify, and produce any exculpatory materials obtained in the related investigation conducted by investigators in the Southern District of Florida.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   */s/ Linda M. Ricci*
       KATHERINE FERGUSON
       LINDA M. RICCI
       Assistant U.S. Attorneys
       One Courthouse Way, Ste. 9200
       Boston, MA 02210
       Tel: (617) 748-3100

        M. KENDALL DAY
        CHIEF, ASSET FORFEITURE AND
        MONEY LAUNDERING SECTION

By:   */s/ Joseph Palazzo*
       Joseph Palazzo
       Trial Attorney
       U.S. Department of Justice, Criminal Division
       1400 New York Avenue NW
       Washington, DC 20005
       Tel: (202) 445-7910

Date: October 26, 2015

**CERTIFICATE OF SERVICE**

      I, Linda M. Ricci, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                    */s/ Linda M. Ricci*
                                                    Linda M. Ricci
                                                    Assistant U.S. Attorney

Dated:   October 26, 2015